429 A.2d 639

**COMMONWEALTH of Pennsylvania**

v.

**Dennis ISAAC, Appellant.**

Supreme Court of Pennsylvania.

Argued April 29, 1981.

Decided May 22, 1981.

John W. Morris, Philadelphia, for appellant.

Robert B. Lawler, Alan Sacks, Philadelphia, for appellee.

Before ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## OPINION

PER CURIAM:

Judgment of sentence affirmed.

O'BRIEN, C. J., did not participate in the consideration or decision of this case.